Date signed November 27, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Anthony C. Salter, | * | Case No.   07-18543PM |
| | * | Chapter   13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.

cc:  Counsel for Debtor(s)
     Debtor(s)
     Trustee
     U.S. Trustee

Fee-11.10  -  3/8/01 -- mlz

### End of Order